IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00023-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    KEITH LEONARD LAMEBULL,
    a/k/a Keith Leonard Lame-Bull,

    Defendant.

FILED

FEB 03 2006

## ORDER TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE COURT has reviewed the Government's Petition for a Writ of Habeas Corpus Ad Prosequendum pertaining to the above-named defendant.

The Court hereby orders the Clerk of the United States District Court to issue such a Writ directing the United States Marshal and any other officer in whose custody the defendant may be held to bring the body of KEITH LEONARD LAMEBULL, a/k/a Keith Leonard Lame-Bull, defendant, now confined in the Adams County Jail located at 150 N. 19th Ave, Brighton, CO 80601, before a United States Judge, sitting at Denver, Colorado, forthwith, and from day to day thereafter, for an initial appearance hearing in the United States District Court for the District of Colorado in the above-entitled and pending cause; and to hold the defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings described in

the above-entitled cause in the United States District Court for the District of Colorado, the United States Marshal and any other officer in whose custody the defendant is held shall return the defendant to the institution where he was confined.

DATED at Denver, Colorado, this 3 day of Feb, 2006.

BY THE COURT:

_____
~~JUDGE MARCIA S. KRIE~~GER
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

O. Edward Schlatter
United States Magistrate Judge
Denver, Colorado

2