UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00023-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEITH LEONARD LAMEBULL,
*a/k/a Keith Leonard Lame-Bull,*

    Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#17)** on May 2, 2006 by Defendant Keith Leonard Lamebull. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **June 12, 2006 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The final trial preparation conference set for May 12, 2006 and the May 15, 2006

trial date are **VACATED**.

Dated this 3rd day of May, 2006.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge